**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| HYDROMAT, INC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:23-cv-01254-MTS |
| | ) |
| GMI CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## <u>JOINT STATUS REPORT</u>

Pursuant to the Court's Order dated June 30, 2026, (Doc. 95), Plaintiff Hydromat, Inc. and Defendant GMI Corporation (collectively, the "Parties") submit this Joint Status Report, stating as follows:

1. Since the Parties' prior update (Doc. 94), they have continued to make advances toward a settlement. Since June 30, 2026, the Parties continue to negotiate and refine the previously exchanged draft settlement agreement.

2. The Parties hope that they will resolve these remaining issues in the near term. If agreement is reached on all essential terms, counsel will jointly notify the Court that a settlement has been reached. If the Parties are unsuccessful, they intend to move forward with the matter.

3. As a result, and to avoid unnecessary litigation expense that could potentially preclude settlement, the Parties jointly request that the Court allow the Parties additional time to complete their negotiations to arrive at an executed settlement agreement. The Parties request an additional 30 days, through **<u>August 19, 2026</u>**, in which to complete settlement negotiations.

Dated: July 20, 2026

Respectfully submitted,

1

**STINSON LLP**

By: */s/ Jonathan R. Waldron*
       Barry L. Haith, #48972MO
       Jonathan R. Waldron, #58898MO
       Jacob R. Schlueter, #73929MO
       7700 Forsyth Blvd., Suite 1100
       St. Louis, MO 63105
       Tel: (314) 863-0800
       Fax: (314) 259-4461
       Email: barry.haith@stinson.com
       Email: jonathan.waldron@stinson.com
       Email: jacob.schlueter@stinson.com

       *Attorneys for Plaintiff Hydromat, Inc.*

**ARMSTRONG TEASDALE LLP**

By: */s/ Jeffrey L. Schultz* (w/consent)
       Jeffrey L. Schultz, #56553MO
       Abigail L. Twenter, #69397MO
       7700 Forsyth Blvd., Suite 1800
       St. Louis, MO 63105
       Tel: (314) 621-5070
       Fax: (314) 621-5065
       Email: jschultz@atllp.com
       Email: atwenter@atllp.com

**ICE MILLER LLP**

       Drew Miroff (*Pro Hac Vice*)
       Angela Rinehart (*Pro Hac Vice*)
       One American Square, Suite 2900
       Indianapolis, IN 46282
       Tel: (317) 236-2148
       Fax: (317) 236-2219
       Email: drew.miroff@icemiller.com
       Email: angela.rinehart@icemiller.com

       *Attorneys for Defendant GMI Corporation*

2

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on July 20, 2026, the foregoing was filed with the Clerk of Court and served via CM/ECF to all counsel of record.

By: *<u>/s/ Jonathan R. Waldron</u>*
*Attorney for Plaintiff*