**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| HYDROMAT, INC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:23-cv-01254-MTS |
| | ) |
| GMI CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**JOINT STATUS REPORT**

Pursuant to the Court's Order dated July 22, 2026, (Doc. 97), Plaintiff Hydromat, Inc. and Defendant GMI Corporation (collectively, the "Parties") submit this Joint Status Report, stating as follows:

1.      Since the Parties' prior update (Doc. 96), they have continued to engage in active and productive settlement negotiations.

2.      The Parties and their counsel participated in virtual meetings to discuss the settlement documents on July 29, 2026 and August 10, 2026.

3.      The Parties are negotiating the draft settlement agreement and hope to be in a position to advise the Court that the Settlement Agreement has been signed within the next two weeks.

4.      The Parties and their counsel are scheduled to have another virtual meeting on August 17, 2026 to further discuss, and hopefully finalize, the settlement documents.

5.      As a result, the Parties request that the Court allow the Parties additional time to complete their negotiations to arrive at an executed settlement agreement.  The Parties request an additional 14 days, through **August 26, 2026**, in which to complete settlement negotiations.

1

Dated: August 12, 2026                    Respectfully submitted,

**STINSON LLP**

By: */s/ Jonathan R. Waldron*
     Barry L. Haith, #48972MO
     Jonathan R. Waldron, #58898MO
     Jacob R. Schlueter, #73929MO
     7700 Forsyth Blvd., Suite 1100
     St. Louis, MO 63105
     Tel: (314) 863-0800
     Fax: (314) 259-4461
     Email: barry.haith@stinson.com
     Email: jonathan.waldron@stinson.com
     Email: jacob.schlueter@stinson.com

     *Attorneys for Plaintiff Hydromat, Inc.*

**ARMSTRONG TEASDALE LLP**

By: */s/ Jeffrey L. Schultz* (with consent)
     Jeffrey L. Schultz, #56553MO
     Abigail L. Twenter, #69397MO
     7700 Forsyth Blvd., Suite 1800
     St. Louis, MO 63105
     Tel: (314) 621-5070
     Fax: (314) 621-5065
     Email: jschultz@atllp.com
     Email: atwenter@atllp.com

**ICE MILLER LLP**

     Drew Miroff (*Pro Hac Vice*)
     Angela Rinehart (*Pro Hac Vice*)
     One American Square, Suite 2900
     Indianapolis, IN 46282
     Tel: (317) 236-2148
     Fax: (317) 236-2219
     Email: drew.miroff@icemiller.com
     Email: angela.rinehart@icemiller.com

     *Attorneys for Defendant GMI Corporation*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on August 12, 2026, the foregoing was filed with the Clerk of Court and served via CM/ECF to all counsel of record.

By: */s/ Jonathan R. Waldron*